

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
David E. Ciambruschini, Chief Deputy

Reply to Northern Division Address

November 17, 2021

In Re: Solum et al v. Wal-Mart Stores, Inc., et al, 1:12-cv-01941-WMN

Dear Counsel of Record:

Chief Judge Bredar has informed me that it has been brought to his attention that financial disclosure records reflect that during the pendency of this case, Judge William M. Nickerson (now retired) owned stock in Walmart, Inc.  The docket reflects that Judge Nickerson did not make any substantive rulings prior to entry of the Settlement Order Dismissing Case and as such, it is unlikely that the ownership of stock affected or impacted any decisions in the case.  Nonetheless, such stock ownership would have required Judge Nickerson's recusal under the Code of Conduct for United States Judges, thus Chief Judge Bredar directed that I notify the parties of the conflict.

Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified." With

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**

Advisory Opinion 71 in mind, you are invited to respond to the disclosure of Judge Nickerson's conflict in this case. Should you wish to respond, please submit your response on or before December 6, 2021. Any response will be considered by a judge of this Court without the participation of retired Judge Nickerson.

                                             Very truly yours,

                                             /s/
                                             Catherine M. Stavlas, Clerk

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**